# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2019

SEAN F. McAVOY, CLERK

ANTHONY THOMPSON,

*Plaintiff*

v.

SMART CAR & LEASING & SALES, LLC, a Washington State limited liability company; JAY JIMMY JOHN, an individual; and DAVID JOHN, an individual,

*Defendant*

Civil Action No. 4:17-CV-5102-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment on Damages (ECF No. 52) is GRANTED. Judgment entered against Defendants Jay "Jimmy" John and Smart Car Leasing and Sales, LLC for $500,000 for compensatory emotional distress damages and for $1,000,000 in punitive damages.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON on a motion for Summary Judgment (ECF No. 52)

Date: 01/15/2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates